IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA CHEMIJ, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE INSURANCE COMPANY, | : | No. 11-4106 |
| Defendant. | : | |

# ORDER

**AND NOW,** this **11th** day of **June**, **2012**, upon consideration of the parties' cross-motions for summary judgment and their responses thereto, and for the reasons stated in this Court's Memorandum dated June 11, 2012, it is hereby ordered that:

1. Plaintiff's Motion for Summary Judgment (Document No. 28) is **DENIED**.

2. Defendant's Motion for Summary Judgment (Document No. 54) is **GRANTED**.

3. Judgment is entered in favor of Defendant and against Plaintiff.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**